H. Paul Efstratis, Esq. (SBN 242373)
Paul.Efstratis@Leclairryan.Com
Kristina O. Lambert, Esq. (SBN 290403)
Kristina.Lambert@Leclairryan.Com
LECLAIRRYAN, LLP
44 Montgomery Street
Suite 3100
San Francisco, CA 94104
TELEPHONE: 415.391.7111
FAX: 415.391.8766

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>    Defendants. | No. 2:18-cv-00845-MCE-DB<br><br>Before the Hon. Morrison C. England, Jr.<br><br>**ORDER GRANTING STAY PENDING DETERMINATION OF TRANSFER FOR COORDINATION WITH MULTIDISTRICT LITIGATION** |

Before the Court is ex parte application of Defendant Ford Motor Company to stay proceedings until the Judicial Panel on Multidistrict Litigation (JPML) decides whether to transfer this action to the Central District of California for inclusion in <u>In re: Ford Motor Co. DPS6 PowerShift Transmission Products Liability Litigation</u>, MDL No. 2814 (the MDL). ECF No. 5. Plaintiffs have not opposed this request.

Good cause appearing, the Court GRANTS Defendant's ex parte application. This case is STAYED pending a final decision by the JPML whether to transfer this case for inclusion in the MDL. Not later than sixty (60) days following the date this order is electronically filed, and every sixty (60) days thereafter until the case is transferred or the stay is lifted, the parties

are directed to file a Joint Status Report advising the Court regarding the status of the JPML's decision as to transfer of this action. All filing deadlines and hearing dates are VACATED.

IT IS SO ORDERED.

Dated: April 24, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE